UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| JAMES KUSHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-30281-MAP |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA and ) | |
| PETER E. SMITH INSURANCE ) | |
| AGENCY, INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

FILING FEE PAID:
RECEIPT # 305504
AMOUNT $ 50.00
BY DPTY CLK MLL
DATE 2/9/04

## MOTION TO ADMIT ATTORNEY MARK E. PORADA
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)   Defendants seek to have Attorney Mark E. Porada appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)   I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendants in this case.  I am a partner in the law firm of Pierce Atwood.

(3)   I am actively associated with Attorney Mark E. Porada, who is an associate at Pierce Atwood.

(4)   Accompanying this Motion is a Certificates by Mark E. Porada certifying that he meets the requirements specified in Local Rule 83.5.3.

{W0206592.1}

(5)   No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Mark E. Porada be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: February 6, 2004

John J. Aromando, BBO # 545648

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0206592.1}