UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

'04 FEB -9  A 9:52

U.S. DISTRICT COURT
DISTRICT OF MASS

JAMES KUSHI,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )       Civil Action No. 03-30281-MAP
                                          )
UNUM LIFE INSURANCE COMPANY               )
OF AMERICA and                            )
PETER E. SMITH INSURANCE                  )
AGENCY, INC. LONG                         )
TERM DISABILITY PLAN,                     )
                                          )
            Defendants.                   )

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the

District of Massachusetts the below-named attorney enters an appearance as counsel for

Defendants:

> Mark E. Porada
> Pierce Atwood
> One Monument Square
> Portland, ME  04101
> (207) 791-1100

DATED: February 6 , 2004

_____
Mark E. Porada

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendants*

{W0206592.1}