UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

FEB -9 A 9 53

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JAMES KUSHI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 03-30281-MAP |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and PETER E. SMITH INSURANCE AGENCY, INC. LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: February 6, 2004

John J. Aromando (BBO# 545648)

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0206573.1}