UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 FEB -9 A 9:52

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JAMES KUSHI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA and )<br>PETER E. SMITH INSURANCE )<br>AGENCY, INC. LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants. ) | Civil Action No. 03-30281-MAP |

### NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

John J. Aromando
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100

DATED: February 6, 2004

_____
John J. Aromando

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0206592.1}