UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 FEB -9 A 9:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAMES KUSHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-30281-MAP |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA and ) | |
| PETER E. SMITH INSURANCE ) | |
| AGENCY, INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF
## TIME TO RESPOND TO COMPLAINT

Defendants respectfully move for an enlargement of the time within which to serve a responsive pleading to Plaintiff's Complaint up through and including March 10, 2004, as the parties are exploring settlement possibilities, which should be completed within this 30-day extension of time.

This enlargement of time should not interfere with the trial schedule of the matter.

Counsel for Plaintiff, Mala M. Rafik, Esq., consents to this Motion.

WHEREFORE, Defendants move for an enlargement of the time within which to serve a responsive pleading to Plaintiff's Complaint up through and including March 10, 2004.

{W0200591.1}

DATED: February 6, 2004

                                           _____
                                           John J. Aromando (BBO# 545648)

                                           PIERCE ATWOOD
                                           One Monument Square
                                           Portland, ME 04101
                                           (207) 791-1100

                                           *Attorneys for Defendants*

{W0206591.1}

{W0206591.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading has been served upon counsel for Plaintiff, via overnight mail, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street, Suite 410
> Boston, MA 02108

DATED: February 6, 2004

_____
John J. Aromando

{W0206591.1}