## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents were served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

Mala M. Rafik, Esq.
Rosenfeld & Rafik
44 School Street, Suite 410
Boston, MA  02108

DATED:  February 6 , 2004

John J. Armando, BBO #545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILED
CLERK'S OFFICE

{W0200592.1}