UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30281-MAP

| | |
|---|---|
| JAMES KUSHI,<br>          Plaintiff | )<br>)<br>)<br>) |
| UNUM LIFE INSURANCE<br>COMPANY OF AMERICA AND<br>PETER E. SMITH INSURANCE<br>AGENCY, INC. LONG TERM<br>DISABILITY PLAN<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF JAMES KUSHI'S LR, D. Mass. 16.1(D)(3) CERTIFICATION**

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, James Kushi, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: April 19, 2004

Mala M. Rafik
BBO No. 638075
Rosenfeld & Associates, P.C.
44 School Street, Suite 715
Boston, MA 02108
(617) 723-7470

*James Kushi*
James Kushi
87 Gamwell Avenue
Pittsfield, MA 01201