UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KUSHI,<br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA AND PETER E. SMITH<br>INSURANCE AGENCY, INC. LONG TERM<br>DISABILITY PLAN,<br>    Defendants | CIVIL ACTION NO. 03-30281-MAP |

## JOINT STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, the Plaintiff, James Kushi, and the Defendants, Unum Life Insurance Company of America and Peter E. Smith Insurance Agency, Inc. Long Term Disability Plan, hereby file this Joint Statement Regarding Pretrial Matters.

1.  Schedule for Motions

    The parties propose the schedule set forth below for consideration by the Court. The parties do not wish to conduct phased discovery.

    a.  Motions to join additional parties and to amend the pleadings must be filed by May 29, 2004.

    b.  Insofar as this matter solely concerns the Court's review of a claim for benefits under ERISA, which may be limited to the Court's review of the administrative record, the Court orders that the Defendant provide to Plaintiff on or before June 4, 2004, a copy of its unredacted proposed Record for Judicial Review.

1

c. If the Plaintiff claims that any of the record is incomplete or inaccurate in any way, she must notify the Defendants' counsel in writing of the same by June 18, 2004. If the Plaintiff does not provide such notice by June 18, 2004, then the Defendant shall file with the Court each of the documents served on Plaintiff entitled as "Agreed to Record for Judicial Review." If the Plaintiff does provide such notice, then the parties must then confer in an attempt to ascertain an Agreed To Record for Judicial Review by July 2, 2004. If the parties come to an agreement, they are to promptly file an "Agreed To Record For Judicial Review." If the parties cannot agree on the record for judicial review, then the parties shall file with the Court by July 19, 2004, a document entitled "Partial Record for Judicial Review" which contains only that portion of the record on which the parties agree. To the extent the parties disagree concerning the proper contents of the record for judicial review, the parties shall file memoranda concerning any additional material they seek to have added to the record for judicial review by July 30, 2004. Parties opposing any such motion shall file any opposition by August 13, 2004. Reply briefs may only be filed by leave of Court.

d. Insofar as this matter involves the review of an administrative record whose content will be decided based on the methodology set forth herein, the parties are relieved of any mandatory disclosure requirements under Rule 26 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

e. No additional discovery will be conducted by the parties.

f.  Motions for Judgment on the Record with accompanying memoranda must be filed by the later of: 1) October 15, 2004 or 2) two months after the Court determines what constitutes the record for judicial review, as supplemented.

2. Trial by Magistrate.

The parties do not wish to seek trial before a Magistrate Judge.

3. Certifications.

Counsel for the parties certify they have conferred with their clients (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

The representations of Plaintiff and Defendants required by Local Rule 16.1(D)(3) will be filed under separate cover.

4. Settlement.

The Plaintiff has submitted a settlement demand to the Defendants pursuant to Local Rule 16.1(C). Defendants have responded to the demand. The parties are engaged in discussions regarding settlement.

Respectfully Submitted,

The Plaintiff,
James Kushi

By His Attorney

Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA. 02108
(617)723-7470


Respectfully submitted:

The Defendants,
Unum Life Insurance Company of America and
Peter E. Smith Group Long Term Disability Plan,

By Their Attorney

Mark Porada
Admitted *Pro Hac Vice*
Pierce Atwood
One Monument Square
Portland, ME
(207) 791-1108

4