UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KUSHI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA and )<br>PETER E. SMITH INSURANCE )<br>AGENCY, INC. LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants. ) | Civil Action No. 03-30281-MAP |

## **DEFENDANTS' CERTIFICATION REQUIRED BY LOCAL RULE 16.1**

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 26, 2004

_____
Mark E. Porada

PIERCE ATWOOD
One Monument Square
Portland, Maine 04101
(207) 791-1100

*Attorneys for Defendants*

{W0232533.1}

Dated: April 22, 2004

                                                   Mary Elizabeth Fougere
Assistant Vice President & Litigation Counsel
UnumProvident Corporation
2211 Congress Street
Portland, ME 04122

## CERTIFICATE OF SERVICE

I hereby certify that on the date below a true copy of the within document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street, Suite 410
>Boston, MA 02108

DATED: April 26, 2004

_____
Mark E. Porada