UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KUSHI,<br>             Plaintiff<br><br>        v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA and<br>PETER E. SMITH INSURANCE<br>AGENCY, INC., LONG TERM<br>DISABILITY PLAN,<br>             Defendants | Civil Action No. 03-30281-MAP |

ORDER REGULATING PROCEEDINGS
(JUDICIAL REVIEW OF OUT-OF-COURT
NONGOVERNMENTAL DECISIONS)
April 29, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the scheduling conference this day.

A.  Judicial Review of Private Decisionmaking

This case involves judicial review of an out-of-court decision of a nongovernmental decision-maker. That decision concerned a claim for benefits under an employee benefit plan regulated by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461. James Kushi ("Plaintiff") has invoked 29 U.S.C. § 1132 under which a civil action may be brought by a participant or beneficiary to recover benefits due and to enforce rights under the terms of a plan.

B.  The Record for Judicial Review

Defendants shall provide a copy of the record for judicial review to Plaintiff by June 4, 2004.  If Plaintiff claims that the record is incomplete or inaccurate in any way, he shall so notify Defendants' counsel by June 18, 2004.  If no such notice is provided, then Defendants shall file with the court each of the documents served on Plaintiff entitled "Agreed Record for Judicial Review."  If Plaintiff does provide such notice to Defendants by June 18, 2004, the parties must confer by July 2, 2004 and attempt to ascertain an agreed record.  If the parties come to an agreement, they are to promptly file an "Agreed Record for Judicial Review."

If the parties cannot agree upon the record, they shall file by July 19, 2004, a document entitled Partial Record for Judicial Review which contains the particular record upon which the parties agree.  Then, by July 30, 2004, the parties shall file motions concerning any additional material they seek to have added to the record for judicial review, to which reply oppositions shall be filed by August 13, 2004.

C.  <u>Motions for Judgment on The Record</u>

Unless otherwise ordered, Plaintiff shall file his motion for judgment on the record by October 15, 2004.  Defendants shall o0ppose the motion and file their cross-motion for judgment by October 29, 2004, to which Plaintiff shall respond by November 16, 2004.

IT IS SO ORDERED.

DATED: April 29, 2004

    /s/ Kenneth P. Neiman

2

                                          KENNETH P. NEIMAN
                                        U.S. Magistrate Judge