UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED

[stamp illegible]

U.S. DISTRICT COURT

| | |
|---|---|
| JAMES KUSHI,<br>Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND PETER E. SMITH INSURANCE AGENCY, INC. LONG TERM DISABILITY PLAN,<br>Defendants | CIVIL ACTION NO. 03-30281-MAP |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

James Kushi,

By his Attorney,

_____
Mala M. Rafik
BBO# 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

Date: May 28, 2004

Unum Life Insurance Company and Peter E. Smith Insurance Agency, Inc. Long Term Disability Plan

By its Attorney,

_____
Mark Porada
Admitted *Pro Hac Vice*
PIERCE ATWOOD
1 Monument Square
Portland, ME 04101
(207) 791-1332